■ In the Matter of ANTHONY J. FERRIS, Respondent, v F. H. JOHNSON, Individually and as Deputy Sheriff of the County of Onondaga, et al., Appellants.—Order unanimously affirmed, with costs, for reasons stated at Special Term, Lynch, J. (Appeal from order of Supreme Court, Onondaga County, Lynch, J.—protective order.) Present—Dillon, P. J., Denman, Boomer, Green and O'Donnell, JJ.